# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>J.C. PENNEY COMPANY, INC.; and DOES 1 to 50, INCLUSIVE,<br><br>    Defendants. | Case No. 1:18-CV-00426-EPG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS**<br><br>**(ECF No. 17)** |

  Pursuant to the request of Defendants for additional time to file dismissal documents, and indication that opposing counsel has been contacted and does not oppose the extension of time, the Court finds good cause exists for granting the requested extension of time. Accordingly,

  IT IS ORDERED that the time within which the parties are to file the appropriate dismissal documents is extended to **December 7, 2018**.

IT IS SO ORDERED.

  Dated:  **November 15, 2018**      /s/ *Erica P. Grosjean*
                          UNITED STATES MAGISTRATE JUDGE